Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0229

Suzanne Prentice v. Felix Firestone and Melissa Jenkins Murdock (Appeal from Etowah Circuit Court: CV-22-900380).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Lewis, JJ., concur.